IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLEVELAND HUGHES, #164814　　　　　*

　　　　　Plaintiff　　　　　　　　　　*

　v.　　　　　　　　　　　　　　　　　*　　Civil Action No. L-11-142

WARDEN　　　　　　　　　　　　　　　*

　　　　　Defendant　　　　　　　　　*
　　　　　　　　　　　　　　　　　　***

## MEMORANDUM

The above-captioned civil rights Complaint was filed on January 14, 2011. Plaintiff seeks to enforce his due-process rights regarding alleged violation of the Interstate Agreement on Detainers Act (IAD), but provides no details regarding the claim. ECF No. 1. Plaintiff indicates that he has money to pay the civil filing fee, but did not pay it because he wants assurances his claim will go forward.

Plaintiff has filed numerous claims regarding an alleged violation of the IAD by the Montgomery County State's Attorney in 1992.[1] To the extent there is a cognizable civil claim arising from an alleged breach of the IAD, it is now time-barred. Title 42 U.S.C. § 1988 endorses the borrowing of state-law limitations provisions where doing so is consistent with federal law. In Maryland, the statute of limitations used is three years from the date the cause of action accrues. See Md. Cts & Jud. Proc. Code Ann. § 5-101. There is little doubt that the instant Complaint concerns the alleged 1992 IAD violation Plaintiff has repeatedly raised. Accordingly, by separate Order which follows, the Complaint will be dismissed.

January 28, 2011　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Benson Everett Legg
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] See Hughes v. State of Maryland, Civil Action L-11-28; see also Civil Action L-05-2595, Civil Action L-07-1094, Civil Action L-08-1237, L-06-1158, Civil Action L-08-3350, and Civil Action L-09-264.